Diontae Johan Duncan P-50964
Name and Prisoner/Booking Number

California Healthcare Facility
Place of Confinement

P.O. Box 32110. Facility B. Unit 3yB. Room #116
Mailing Address

Stockton, California. 95213
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Diontae Johan Duncan,
(Full Name of Plaintiff)
Plaintiff,

v.

(1) Warden T. Cisneros,
(Full Name of Defendant)

(2) Officer Clausen,

(3) Captain Smith,

(4) Sgt. Fava,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:23-cv-1605 KJN (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

Jury Trial Demanded

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: California Substance Abuse Facility. At Corcoran California.

## B. DEFENDANTS

1. Name of first Defendant: __T. CISNGROS__. The first Defendant is employed as: __WARDEN__ (Position and Title) at __SUBSTANCE ABUSE FACILITY__ (Institution).

2. Name of second Defendant: __Clausen__. The second Defendant is employed as: __STRH - property/legal Officer__ (Position and Title) at __California Substance Abuse Facility__ (Institution).

3. Name of third Defendant: __Smith__. The third Defendant is employed as: __STRH - Captain / throughout (CSATF) Ensl__ (Position and Title) at __California Substance Abuse Facility__ (Institution).

4. Name of fourth Defendant: __FARIA__. The fourth Defendant is employed as: __STRH - sgt FARIA / throughout (CSATF) Ensl__ (Position and Title) at __California Substance Abuse Facility__ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page. __4-5.__

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Diontae Johan Duncan__ v. __The California Healthcare Recievership Corp, et c.__
      2. Court and case number: __1:20-CV-01288 ADA SKO (PC)__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __yes. it is still pending. on going for 5 Injurious years.__

   b. Second prior lawsuit:
      1. Parties: __Diontae Johan Duncan__ v. __Officer (Rivera)__
      2. Court and case number: __No case number yet. Northern District__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Soon to file in the next month. Granted to Amend in Above case, filed All new case About to fustead. Seperated the issue.__

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

1. Officer Jaggi. STRH Floor Officer at Substance Abuse
2. Facility Adseg. At Corcoran California.
3.
4. Officers John Does #1-7 STRH Floor Officers. At
5. Substance Abuse Facility between 10.1.2021 – 4.1.2022
6. At Corcoran California.
7.
8. Officer. M. Pano. D-yard Officer. At Substance Abuse
9. Facility. At Corcoran California.
10.
11. Officer. M. Felix. D-yard. disposition. Search and
12. Escort Officer. At Substance Abuse Facility. At
13. Corcoran California
14.
15. Officer. Fagudo. Dyard 3blk Floor Officer. At
16. Substance Abuse Facility. At Corcoran California
17.
18.
19. Officer John Doe #8. E-yard work exchange Officer
20. for Vocational CTE Education Search Officer At
21. E-yard. Substance Abuse Facility. At Corcoran
22. California
23.
24. Officer Rodriguez 1blk Floor Officer At E-yard. Substance
25. Abuse Facility. At Corcoran State California
26.
27. Officer Perez 1blk Floor Officer At E-yard. Substance
28. Abuse Facility. At Corcoran California.

Defendants Continued        pg. 2A

1. Officer John Doe #9 1blk Control Booth Officer
2. E-yard. At Substance Abuse Facility. At Corcoran
3. California.
4.
5. Officer John Doe #10. Litutentent Hearing Officer
6. E-yard around 11.1.2021. At Substance Abuse Facility.
7. At Corcoran California
8.
9. Officer John Doe #11 Litintent Hearing Officer
10. D-yard around 8/26/2021 At Substance Abuse Facility,
11. At Corcoran California.
12.
13. Officer Sgt Gonzalez D-yard Sgt Officer. At
14. Substance Abuse Facility. At Corcoran California
15.
16. Officer Cpt. Gonzales D and E yard captain Officer
17. At Substance Abuse Facility. At Corcoran California.
18.
19. Administrative Officers. John Doe #12-#15 employed as
20. Adminstravk staff complaind Appeals Reveuks At
21.
22. Substance Abuse Facility. At Corcoran California.
23.
24. Officers John Doe #16. E-yard 3rd watch Sgt
25. Officer Around 3.7.2022 1blk At Substance Abuse
26. Facility. At Corcoran California.
27.
28.

Defendents Continued      Pg. 2.B

1. Officers. John and Jane Doe #17-27. C-yard
2. Lower yard 3blk, Covid-19 quarantine floor/control
3. officer and supervisor of Covid-19 quarantine block.
4. At Substance Abuse Facility. At Corcoran California

6. All defendants are incorporated within CDCR at
7. All. (SATF) Substance abuse Facility. At Corcoran
8. California between D-yard. E-yard. SHU and
9. C-yard. Respectfully between 6-1-2021 – 4-1-2022
10. Respectively in this Campaign Retaliation and
11. Harassment. throughout Claims. Crossing
12. herein protected privilege violations. Same defendants
13. Across 4 yards and positions at Same Facility.
14. Multiple Deliberate undue burdens as So herein
15. Claimed.

Defendants Continued                pg. 2-C

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Conditions of confinement. 8th Amendment. Totality Campaign Harrassment - Retaliation.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff from Inception into the California Substance Abuse Facility (CSATF) around 6.17.2021. was "targeted" by delegated Facility officers. and escalated and accumulated to direct denial of access to courts. Falsified 115 RVR reports resulting in loss of good time credits. Coat tail boot riding pressure campaigns, physical assults and harrassment and setting up with other Confidential Informants and Inmates. theft of legal books, property. religious property. destruction of property and theft of college book property. Kidnapping false imprisonment in administrative segregation. STLH. All within this same facility starting on CSATF D-yard next to E-yard, then to STLH and to C-yard and even within CTC treatment Hospital all under a Campaign to disrupt and unsettle Harrass plaintiffs protected privilge of Access to Medical and Access to courts Both 1st Amendment. 14th Amendment and Herein 8th Amendment to Access Civil Righted decent conditions at Rehabilatin Achievement Free from Harrassment and Retaliation when plaintiffs profile shows evidence of that.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Physical assult by Confidential Informant. denial of medical/mental Healthcare. theft and destruction of property. loss of achievement credit due Falsified documents set ups. Violate of Religious dict. False imprisonment

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

1  Around 6.17.2021 plaintiff Arrived At CSATF From KVSP
2  prison. plaintiff was placed at CSATF D-yard.
3
4  Around 8.26.2021 plaintiff encountered Officer M.pano
5  on D-Facility Rec yard Waiting Ducat to Access
6  Mental Health Care. Officer M.pano Harassed plaintiff
7  even under plaintiffs omission plaintiff was Ducated and
8  Awaiting Mental Health treatment. M.pano Aggressivly
9  Esculated Harassment provoking plaintiffs Schizophrenic
10 Mental Health stability. plaintiff invoked Suicidal/
11 Homicidal Request. M.pano Activated Alarm. plaintiff
12 was escorted to D-yard watch office "strip" Holding
13 Cage. plaintiff was seen by Crisis Intervention Team
14 (C.I.T) plaintiff was interviewed. (C.I.T) Staff
15 Cleard me back to yard from cage and Advised
16 John Doe Litutent in ear shot of entire watch
17 office. M.pano Supervisor. Not to generate a
18 115 RVR. M.pano generated a RVR anyway. it
19 Resulted in John Doe Lititent Hearing officer
20 finding me guilty Admist the evidence of (C.I.T)
21 said not to as well as my testimony that plaintiff
22 was awaiting Access to Mental Health treatment to
23 see Mental Health treatment. D-yard John Doe
24 Lutentent found me guilty anyway. this generated
25 paper trail is on Record todate.
26
27
28 From that date I was (targeted) plaintiff Invoked His

Claim I continued                                    pg 3A

1  paralegal and Collegiate Scholarship And began Institut-
2  ional grievance Appeal Inquire into this Conduct.
3  Campaign Harrassment began on D-yard More
4  Aggressively, whenever in medication line or Mental
5  Health Ducat or Law Library or package line.
6  Specifically yard Officer MyPANO Himself or He would
7  Signal another officer as to why I was in line
8  and the Reason. or He would signal even by phone
9  the yard tower officer or building floor or control
10 booth Officer plaintiff Housed in for plaintiff to
11 Return to Housing. Even if I was ducated for business
12 or Appointment. (Multiple Appeals on on File.)
13                            II
14 Around 9.1.2023 I was called Ducated for urine
15 Analysis. plaintiff was unable to Go so I asked for
16 water permission. this was a Random Time. Officer
17 Fagodo D-yard with another delegate officer of
18 MyPANO Harrassed plaintiff a water fountain even
19 after I told them the urine Analys officer gave
20 permission to get water to aid urine. (They) Harassed
21 plaintiff 5 Minutes. Called urine Analys. came back
22 Acknowledge yet still Harrassed. plaintiff so tense
23 Unable to urine Analysis.
24                            II
25
26 Around 10.1.2021 plaintiff was involved in a fight.
27 Plaintiff was to be placed in ad-seg segregation.
28 defendant Fagodo went to pack plaintiffs property

Claim I Continued                           Pg. 3.B

1. He packed all property Except my legal books, my
2. Religious books I teach Islamic Service with, 6
3. bottles of Islamic prayer oil and around $2,500
4. in college books. In cage on camera I told Him
5. About this property. He admitted He saw this property
6. but because it was on top of bottom bunk locker
7. [He] couldn't tell if it was mines or cell mate, yet
8. He packed all plaintiff Surrounding property Given
9. these items belonging to plaintiff Including a clamp
10. Fan and cd player with my name on Same top locker.
11. On camera He Truckel "no worries He would go
12. back an get now that He knows". Never does. I Appeal.
13. Some Appeal Reviewer and Sgt. John Doe on
14. Appeal Record denies claim even though camera
15. evidence admits "He'll go back and pack it" (No Worries).

17. Another Incident on Same D-yard between 6-17-2021
18. and 10-1-2021. Was I placed in Holding Cage
19. for Mental Health Reasons. In cage Officer M. Felix
20. Comes to Room. My cd player. Headphones and Cloths
21. after strip out was placed on top cage. [He] arrives
22. and begins yelling at me about the cloths on
23. top cage. [I] didn't put it there. [I'm] in cage. [I]
24. tell Him my cd player is on top with cloths.
25. [He] yanks cd player Hit Floor. Breaks Headphones
26. Caught in cage. He yells at me to untie it
27. He yanks at Headphone breaking it from Stuck
28. between cage and says to me "your cloths aint to be on

CLAIM I CONTINUED                        Pg. 3-C

1. top of cage". my property is destroyed. I Appeal
2. this for Replacement. John Doe Reviewer views
3. Camera Evidence Says no fault of M. Felix because
4. when M. Felix ask for me to help him detach
5. Headphone from cage & didn't help him. yet my
6. cd player broke on floor as well. Claim Denied.

8. around 10.1.2021 plaintiff is moved to another yard same
9. Facility E-yard Administered through strict admin-seg admin.
10. at this time my Religious Kosher meal is targeted
11. as well as myself was never provided. had to eat
12. Regular tray as a Deliberated burden as a (target)

14. around 10.7.2021 on E-yard I was housing in 16k.
15. assigned to Vocation: Electronics CTE Career
16. tech. Education class. one etcher away from certified.
17. stemming from previous KVSP prison. 16k officers
18. perez and Rodriguez Refused Clothing permission.
19. Harassed plaintiff. Stole Religious books also Related
20. to Sydda yoga Correspondence Course and stole
21. my Mothers 30th B-day picture embossed with
22. Gold Stenciled border because it looked like the
23. Sydda Yoga Gurumayi which is my Auntie
24. my Moms Sister. So they took it as Investigate
25. and pick my Support System. ISU has a file
26. of my family back in 1985 Oakland as myself as
27. A family member of Felix Mitchal drug lord who was

CLAIM I continued     PG. 3D

1  Apart of the 1985 drug cocain scandle in Oakland
2  and Los Angeles. I've been targeted and Harassed
3  due to this bloodline familia Relation even though my
4  case and or Individual profile is generations different
5
6  around 10/25/23 on E-yard. The vocational work officer
7  exchange Refused to let me to class because I had
8  no work boots yet other inmates were allowed Regular
9  shoes, not to mention floor officers peters and Rodregue
10 Refused laundry for Electronics class. I told
11 John Doe work exchange officer this. He said appeal it
12 Around 11.1.2021 with Tension on E-yard 16th were
13 housed and all the undue attention. I was assulted
14 by a known Confidential Informant and Sent to
15 SHU Ad.seg on Enemy Concerns. Ad/NSL Stolen
16 family pictures and support Sentiments privacy
17 Invaded.
18
19
20 around 11.30.21 I'm Released back to E-yard from
21 SHU Ad.seg. I'm on yard 3 weeks. I'm scheduled for
22 visit. I'm headed to visit. A floor officer John Doe
23 and a John Doe Sgt of E-yard said I got to
24 go the back way in Handcuffs. I see everyone
25 going to visit Front way. John Doe Sgt peperspays
26 me in Sally port. opens front building I walk out
27 to yard. I'm thrown to ground Striped put on
28 a gurney and Sent back to SHU after CTC

Claim I Continued        pg. 3E

Case 2:23-cv-01605-KJN   Document 1   Filed 08/03/23   Page 12 of 19

Mental Health Clears me. plaintiff gets to SHU cell a battery on P.O. pending DA Rebuttal. plaintiff is in SHU being Retaliated against. My legal mail, Regular mail. Religious meals not delivered. Sometimes I'm skipped meals. My property packages not given to me and told never made it. My mail sent back to outside support family as being overweight. My Religious packages held from me. Verbal sexual Harassment excessive flashlight checks. Whenever I'm in shower as LGBTQ+ I'm being looked at while shaving. My new family pictures stolen. My canteen withheld and threaten to be sent back. My Kosher diet guidelines manipulated saying I ordered non Kosher items when I didn't. Resulting in Religious Admonishment from Clergy and pressure of being taken off Kosher diet program due false campaign pressure of Harassment and Retaliation.

This lasted from 11·1·2021 until 9·1·2022 in SHU Ad·Seg were due to catching Covid·19 I was re-housed on C-Yard Quarantine were Campaign pressures followed suffering extreme Covid·19 symptoms. Lost multiple assigned John and Jane does refused to allow Contracted Covid·19 staff do daily checks. Went out Code 1 to tta for stroke. came back SHU.

Finally defendant Clausen who is SHU property

CLAIM I CONTINUED                    PG. 3F

1. legal officer came to cell front on camera and
2. Requested property for transfer to Lancaster
3. State prison. But I had 2 SHU terms pending
4. and 2 D.A Referrals pending and both 115 RVRs
5. for that were on Hold until DA Assessed.
6. Lancaster is HAS NO SHU program. due to
7. the build up of paranoia as schizophrenic I pulled
8. out a knife. Secured the S.O.U if I didn't give up
9. my in cell property which I was utilizing to
10. invoke my legal access to courts and all I
11. had was my legal Mails and notes and no
12. 602 evidence I stood firm in my Resistance to
13. unfounded recommend by officer Clausen to hand
14. over liberty of my property that assisted me
15. to access to courts and my Attorney that Look
16. through all, under a excuse of Transfer to
17. a non Security Housing unit prison when I
18. had two SHU terms equally 2 years on (2)
19. D.A Referrals and no 115 RVR adjudication at
20. all. No Hearing nothing. Nor were they dismissed
21. but still pending. His Actions were Investigated
22. by Internal Affairs once just concluded from
23. 1·3·2022 and just finished investigate 4·12·2023
24. that investigate followed throughout 3 other prisons.
25. As well as sent me to CHC from SHU on
26. False Homicidal behavior. Made C.D.P and transferred
27. to Corcoran Ad Seg and later Had all SHU terms
28. dismissed and DA Referrals, and transferred to SVSP.

CLAIM I CONTINUED          Pg. 3 6

1. All incorporated "Campaign Harassment" and
2. Retaliation pieces amounted and escalated from
3. Officer M.PANO and my protected passage Invoke
4. of decent conditions Redress to Access to Court
5. and mental health medical to ease the effects of
6. plaintiff's diagnose of Schizophrenia since 2006 due
7. same campaign pressure on a gentle disposed
8. human constitution that was 16 years old in
9. Adult prison level 4 yards as a Juvenile Offender who
10. Skipped C.Y.A.

11.
12. during my firmness of legal and medical conditions
13. to Redress decently. [All] total channels from
14. yard Officers. John Doe sgts. Lutients. Captains
15. CCI. CCII Appeals Coordinators. 115 AUA dispositions
16. Officers. Control booth officers. Work exchange
17. Officers. property officers and [all] Defendants
18. Specifically "came together" to my specific alleged
19. [targeted] campaign upon myself because their
20. names kept poppin up on false documents
21. or Covering up and Excusing this Harassment
22. and Retaliation on Record and/or was directly
23. Supervisor in same furtherance of this campaign
24. with no Redress admonish even though admost
25. Internal Affairs interviews, Attorney calls and
26. Memos from the Warden for professionalism and
27. Accountability. that was construed by these
28. Officers to mean "Cover up" even though under lighting

Claim I continued -    pg. 3H

And then, [all] defendants admits on camera, camera Evidence. and Omissions on their falsified 115 RVRs, Appeal Responses Aiding other officers excuses to [all] So alleged in the begining of this complaint and throughout of a [total] "indecent conditions" of Campaign Harrassment and Retaliation with the Injuries so undressed. This campaign Has followed me to SVSP. CMC and Now CHCF. 3 other prison. yet there under Northen District of Federal Court. Soon to Be filed, with Campaign esculating to false 115 RVR resulting in Broken Ribs and LGBTQ+ Male Searches Naked, Handcuffed and Kicked and Ribs broke. Filed in Northern District 7/27/2023. Already multiple T.R.O.'s under Eastern District Court Case # 1:20-CV-01288 ADA Sko(PC) was refused by court to seperate. but was granted to Add defendants for this campaign Arises out of Retaliation for Access to Courts of that Civil rights Seek of Redress Across 4 different prisons. I was Awaiting until parole to file this one. But the Facility I'm at Keeps Falsifying 115 RVRs to False Imprison me. filed a State Habeas petition in SAN Joquen Stockton County Court
   Case # STK-CR-FMISC-2023-0006083.


plaintiff Encorporats All Defendants in the Act of 1st Amendment, 14th Amendment and 8th Amendment violations Resulting in Multiple Injuries. were All

Claim I continued          Pg. 3 I

Administrative levels were exhausted with atleast 3 Internal Affairs Inquires were done one lastest 1 year and just included concluded. All defendants were CSATF based between D-yard. E-yard. STRH Administrative Segregation and C-yard quieten 36lt. From first Arrival at CSATF around 6·17·21 up until 4·1·2022. All defendants were ask to float around facility. [E] and [D] yard are completely adjacent and [STRH] is isolated on the outside perimedter of backside of entire facility. All defendants frequent STRH as training and experience in a lockdown unit isolation dynamic edge to regular yard work edge. All Defendants while I was in STRH would Ghost by to keep Tension campaign esculating and Turned up. until Made E.O.P on False Homicidal threat in STRH though.

plaintiff has no punitive and compensentory Redress but by Courts Federal Answer to this Conduct and Relief of Injury and pro se Inquirey of Mental and Emotional pain wanton and unsessary deliberately as Serious Schizophrenic Sense 2006 trying to keep Reality testing stable Almost False profiting and Situational manipulation by these defendents. plaintiff thanks the and seeks Courts Help and prayer of Relief, and Jury Trial.

                                     Sincerely Submitted
//                                   Diontae Johan Duncan
//                                   Dionte [signature]

pg. 3 J

CLAIM # CONTINUED.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: **14th Amendment due process, deprivation of life, liberty and Freedom. Falsified**.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   (See Claim I)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   (See Claim I)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 1st Amendment Freedom of discrimination and Free expression of political beliefs.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   (See Claim I)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   (See Claim I)

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

### E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff seeks "Jury Trial". Plaintiff seeks compensatory damages of $750,000.00. Punitive Damages of $800,000.00. Officially and Individual jointly and severly. Nominal Damages of 0.5¢. Declatory Relief explaining the Manipulation and Campaign targeting so evidenced by Inference and Record in which [they] generated and that Endured plaintiffs protected privilge of life (Reality testing) liberty property and Freedom Relear date Relach credt. Plaintiff Has No issue with each Settlement. But Seeks Jury Trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/27/2023
            DATE                                    SIGNATURE OF PLAINTIFF

April (kk) January - paternal twin sister
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6